IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CARL T. HALEY, JR., | ) | |
| | ) | |
| Plaintiff, | ) | No. 3:15-cv-00529 |
| | ) | Judge Nixon |
| v. | ) | Magistrate Judge Knowles |
| | ) | |
| FIREMAN'S FUND INSURANCE COMPANY, | ) | JURY DEMAND |
| | ) | |
| Defendant. | ) | |

## ORDER

Pursuant to the Parties' Joint Stipulation of Dismissal with Prejudice (Doc. No. 22) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is **DISMISSED with prejudice** according to the terms requested by the parties. All pending motions in this matter are hereby **TERMINATED as moot**. The Court **DIRECTS** the Clerk of the Court to close this case.

It is so ORDERED.

Entered this the _____ day of August, 2015.

_____
JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT